FICKEN *v.* STERN *et al.*

BECK, P. J. This case is controlled by the decision in *Ficken* v. *Haas,* 173 *Ga.* 813 (161 S. E. 616).

*Judgment affirmed. All the Justices concur, except Hines, J., absent for providential cause.*

No. 8662. MAY 12, 1932.

*C. E. Presley,* for plaintiff.
*Herbert J. Haas* and *Sol I. Golden,* for defendants.